UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRELL JONES,  )
                )
   Plaintiff,   )
                )
vs.             )
                )   CV 96-PT-1049-S
STATE FARM AUTOMOBILE  )
INSURANCE COMPANY,     )
d/b/a, State Farm Insurance  )
Companies,     )
                )
   Defendant.  )

**ENTERED**
FEB 2 4 1997

97 FEB 24 AM 9:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

Memorandum Opinion

This cause comes on to be heard on defendant's motion for summary judgment filed on December 26, 1996.

This court has fully considered the briefs and the record. Some cases are so obvious as to not require full development of the issues. The plaintiff has responded only with sketchy and conclusory statements and has not addressed the statute of limitations issues. Some claims are stated under inappropriate statutes. As to possible claims, there is no reasonable inference of intentional discrimination. Further, there is not reasonable inference that defendant's stated reasons are pretextual. Plaintiff has acknowledged that he "guesses" that various allegations of his misconduct affected the decisions (Plaintiff's deposition 365-66). There is no clarity as to what positions plaintiff applied for or to whom he purports to compare. He seems to suggest that he

was simply entitled to a position of his choosing. There is no evidence that persons chosen were not at least as qualified as plaintiff. The motion will be **GRANTED**.

This 24 day of February 1997.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE